# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
R.L. Persons Construction, Inc. ) ASBCA No. 60121
)
Under Contract No. W912EQ-13-C-0001 )

APPEARANCES FOR THE APPELLANT: Matthew W. Willis, Esq
S. Leo Arnold, Esq.
  Ashley & Arnold
  Dyersburg, TN

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Ann M. Bruck, Esq.
Edward J. McNaughton, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Memphis

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 26, 2018

*James R. Sweet*

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60121, Appeal of R.L. Persons Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals